**Order entered November 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01048-CV

### IN THE INTEREST OF P.A., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12306-T**

### ORDER

A sealed clerk's record has been filed in the underlying divorce proceeding. The clerk's record includes the trial court's July 8, 2022 order denying appellee's motion to seal the divorce decree. Despite this order, the divorce decree is included in the sealed clerk's record. Accordingly, we **STRIKE** the sealed clerk's record. We **ORDER** Dallas County District Clerk Felicia Pitre to file, on or before **November 30, 2022**, a sealed clerk's record with all documents[1] except the July 8, 2022 final decree of divorce which shall be filed separately in volume two of the clerk's record without seal.

---

[1] The clerk's record contains the trial court's October 25, 2019 order sealing court records.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Ms.

Pitre and the parties.


        /s/     ROBERT D. BURNS, III
                  CHIEF JUSTICE